**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 326 MAL 2019

:

Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

v.   :

:

:

SHAUNTELL BREE DANZEY,   :

:

Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.